Of Counsel:

**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

APRIL LURIA            4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaiʻi  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorney for Defendant
and Third-Party Defendant
Hawaii Behavioral Health, LLC

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRI J.K. NIIMOTO, KACIE T.M. NIIMOTO,<br><br>        Plaintiffs,<br><br><br>    vs.<br><br>HAWAII STATE BOARD OF EDUCATION, HAWAII STATE DEPARTMENT OF EDUCATION, KYLE MIYASHIRO, Individually and as Vice Principal of Pearl City High School, HAWAII BEHAVIORAL HEALTH, LLC, BRYAN SIMPSON, JUSTIN WEST, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOES 1-20,<br><br>        Defendants. | CIVIL NO. 17-00062 JAO-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER<br><br><br><br>Trial:  June 17, 2019 |

HAWAII STATE BOARD OF
EDUCATION, HAWAII STATE
DEPARTMENT OF EDUCATION,
KYLE MIYASHIRO, Individually and
as Vice Principal of Pearl City High
School,

             Defendants and
             Third-Party Plaintiffs,

   vs.

HAWAII BEHAVIORAL HEALTH,
LLC,

           Third-Party Defendant.

454-167 Niimoto/stip. for dismissal (2)

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED between the parties who have appeared in

this action, through their respective counsel of record and pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure and Rule 41.1. of the Rules of

the United States District Court for the District of Hawaii, that the above-entitled

action, including all claims, cross-claims, counter-claims and third-party claims,

however denominated, be and is hereby dismissed with prejudice, each party to

bear his, her or its own attorneys' fees and costs.

There are no remaining claims or parties.  This stipulation is signed by or on

behalf of all appearing parties hereunder described.

Trial is scheduled to commence on June 17, 2019 before the Honorable

Jill A. Otake.

DATED:  Honolulu, Hawaii, February 28, 2019.

/s/ Peter C. Hsieh

_____

MICHAEL GREEN
PETER C. HSIEH
Attorneys for Plaintiffs
Terri J.K. Niimoto and Kacie T.M. Niimoto

DATED:  Honolulu, Hawaii, March 1, 2019.

/s/ John M. Cregor

_____

JOHN M. CREGOR
RYAN M. AKAMINE
CARON M. INAGAKI
Deputy Attorneys General
Attorneys for Defendants
Hawaii State Board of Education, Hawaii
State Department of Education and Kyle
Miyashiro

DATED:  Honolulu, Hawaii, April 26, 2019.

/s/ April Luria

_____

APRIL LURIA
Attorney for Defendant and
Third-Party Defendant
Hawaii Behavioral Health, LLC

[Terri J.K. Niimoto, et al. v. Hawaii Behavioral Health, LLC, Civ. No. 17-00062 JAO-KJM:
Stipulation for Dismissal with Prejudice of All Claims and Parties and Order]

DATED:  Honolulu, Hawaii, March 1, 2019.

/s/ Gary S. Miyamoto
_____
GARY S. MIYAMOTO
Attorney for Defendant
Bryan Simpson

DATED:  Honolulu, Hawaii, March 4, 2019.

/s/ Cathy S. Juhn
_____
JONATHAN L. ORTIZ
CATHY S. JUHN
Attorneys for Defendant
Justin West

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

[Terri J.K. Niimoto, et al. v. Hawaii Behavioral Health, LLC, Civ. No. 17-00062 JAO-KJM: Stipulation for Dismissal with Prejudice of All Claims and Parties and Order]